Entered on Docket
December 31, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes the order of the court.
Signed December 31, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                Case No. 12-49510 WJL

**SANDY GAIL PUBILL**,                    Chapter 13

        **Debtor.**              <u>ORDER MODIFYING CHAPTER 13 PLAN</u>
_____/

The above named debtor having served a Motion to Modify Chapter 13 Plan on November 27, 2013, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

Commencing November 2013, debtor will pay $300.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'

Case: 12-49510   Doc# 33   Filed: 12/31/13   Entered: 12/31/13 15:48:00   Page 2 of 2