Arnold L. Graff (SBN 269170)
agraff@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for
Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>SANDY GAIL PUBILL AKA SANDY G MUNMON,<br><br>Debtor(s). | Case No. 12-49510-WJL<br><br>Chapter 13<br><br>R.S. No. ALG-360<br><br>**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing:**<br>Date: November 30, 2016<br>Time: 9:30 a.m.<br>Place: 220<br><br>1300 Clay Street<br>Oakland, CA 94612 |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that, on November 30, 2016, at 9:30 a.m., or as soon thereafter as the parties may be heard, in Courtroom 220 of the above entitled Court, located at 1300 Clay Street, Oakland, CA 94612, there will be a preliminary hearing on Wells Fargo Bank, N.A.'s Motion for Relief from Automatic Stay ("Motion") made pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, before the Honorable William J. Lafferty.

**PLEASE TAKE FURTHER NOTICE** that any party opposing the Motion must appear personally or by counsel at the preliminary hearing and may file responsive pleadings, points and authorities and declarations. **FAILURE TO APPEAR AT THE PRELIMINARY HEARING MAY BE DEEMED BY THE COURT TO BE CONSENT TO THE GRANTING OF THE MOTION**.

The Motion is based on the Motion, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

**ALDRIDGE PITE, LLP**

Dated: *October 27, 2016*

/s/ Arnold L. Graff
ARNOLD L. GRAFF
Attorneys for Movant Wells Fargo Bank, N.A.