1  Arnold L. Graff (SBN 269170)
   agraff@aldridgepite.com
2  Joseph C. Delmotte (SBN 259460)
   jdelmotte@aldridgepite.com
3  **ALDRIDGE PITE, LLP**
   4375 Jutland Drive, Suite 200
4  P.O. Box 17933
   San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
6
   Attorneys for
7  Wells Fargo Bank, N.A. successor by merger to
   Wachovia Mortgage, FSB
8

9

10

11              **UNITED STATES BANKRUPTCY COURT**

12       **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

13   In re                              Case No. 12-49510-WJL

14   SANDY GAIL PUBILL AKA SANDY G      Chapter 13
     MUNMON,
15                                      R.S. No. ALG-422
            Debtor(s).
16                                      **MOTION FOR RELIEF FROM
                                        AUTOMATIC STAY AND CO-
17                                      DEBTOR STAY**

18                                      <u>**Hearing**</u>:
                                        Date: March 1, 2017
19                                      Time: 9:30 a.m.
                                        Place: 220
20                                             1300 Clay Street
                                               Oakland, CA 94612
21       Wells Fargo Bank, N.A. successor by merger to Wachovia Mortgage, FSB ("Movant or

22   Creditor") [1] will and hereby does move, pursuant to 11 U.S.C. §§ 362(d) and 1301, and Rule

23   4001 of the Federal Rules of Bankruptcy Procedure, for an order terminating the automatic stay

24   of 11 U.S.C. § 362(a) and co-debtor stay of 11 U.S.C. § 1301(a) they apply to Movant and the

25   real property located at 1529 Quesada Ave, San Francisco, California 94124-2773 ("Property").

26   [1] This Motion for Relief from Automatic Stay shall not constitute a waiver of the within party's right to receive
     service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding
27   Aldridge Pite, LLP's participation in this proceeding. Moreover, the within party does not authorize Aldridge Pite,
     LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in this proceeding, to act as its agent
28   for purposes of service under Fed. R. Bankr. P. 7004.

                                   - 1 -              CASE NO. 12-49510-WJL

     **MOTION FOR RELIEF FROM AUTOMATIC STAY AND DEBTOR STAY AND CO-DEBTOR STAY**

1      Debtor(s) executed a Creditor's home equity line of credit agreement (the "Debt

2 Agreement") and agreed to be bound by its terms. The Debt Agreement is secured by a mortgage

3 or deed of trust. Creditor is the original mortgagee/successor or beneficiary of the mortgage or

4 deed of trust.

5      This Motion is based on the Notice of Motion for Relief from Automatic Stay,

6 Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay,

7 and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently

8 herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence

9 as may be presented by the parties at the hearing.

10                       ALDRIDGE PITE, LLP

11

12 Dated: February 3, 2017         /s/ Arnold L. Graff
                         ARNOLD L. GRAFF

13                          Attorneys for Movant Wells Fargo Bank, N.A.
                         successor by merger to Wachovia Mortgage, FSB

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND DEBTOR STAY AND CO-DEBTOR STAY**